FOX ROTHSCHILD LLP
By:   Ely Goldin, Esq.
      Ernest E. Badway, Esq.
      Edward J. Mullins III, Esq.
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068-1600
(973) 992-4800
egoldin@foxrothschild.com
*Attorneys for Plaintiff*
*Baltic Auto Shipping, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BALTIC AUTO SHIPPING, INC.**<br>                    Plaintiff,<br>v.<br>**MICHAEL HITRINOV**<br>  a/k/a MICHAEL KHITRINOV,<br>**EMPIRE UNITED LINES CO., INC.,**<br>**MEDITERRANEAN SHIPPING COMPANY (USA), INC.** and<br>**JOHN DOES 1 THROUGH 5**<br>                    Defendants. | CIVIL ACTION NO. 2:11-cv-06908-FSH<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Baltic Auto Shipping, Inc. ("Plaintiff") and defendants Michael Hitrinov a/k/a Michael Khitrinov, Empire United Lines, Co., Inc., and Mediterranean Shipping Company USA, Inc. ("Defendants"), by and through their respective attorneys, stipulate and agree that Plaintiff's Complaint against Defendants is dismissed with prejudice, each party to bear his/her/its own costs and attorneys' fees.  It is further stipulated that the Court will retain enforcement jurisdiction over the settlement agreement.

| | |
|---|---|
| /s/ Ely Goldin, Esq.<br>Ely Goldin, Esquire<br>FOX ROTHSCHILD LLP<br>Attorney for Plaintiff<br><br>Dated:  December 5, 2011 | /s/ Jonathan Werner, Esq.<br>Jonathan Werner, Esquire<br>LYONS & FLOOD, LLP<br>Attorney for Defendants<br><br>Dated:  December 5, 2011 |

**STIPULATION AND ORDER**
**DISMISSING ACTION**
**PAGE TWO OF TWO**

## ORDER

      **AND NOW**, this ____ day of _____, 2011, it is hereby **ORDERED** and **DECREED** that the foregoing **STIPULATION** is hereby approved, that the action is hereby marked dismissed, with prejudice, and that the Court shall retain jurisdiction over the enforcement of any settlement agreement reached by the parties.

                                            **BY THE COURT:**

                                            The Hon. Faith S. Hochberg, USDJ