CLOSED

FOX ROTHSCHILD LLP
By:   Ely Goldin, Esq.
      Ernest E. Badway, Esq.
      Edward J. Mullins III, Esq.
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068-1600
(973) 992-4800
egoldin@foxrothschild.com
*Attorneys for Plaintiff*
*Baltic Auto Shipping, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BALTIC AUTO SHIPPING, INC.**<br>Plaintiff,<br>v.<br>**MICHAEL HITRINOV**<br>a/k/a MICHAEL KHITRINOV,<br>**EMPIRE UNITED LINES CO., INC.,**<br>**MEDITERRANEAN SHIPPING COMPANY**<br>**(USA), INC.** and<br>**JOHN DOES 1 THROUGH 5**<br>Defendants. | CIVIL ACTION NO. 2:11-cv-06908-FSH<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Baltic Auto Shipping, Inc. ("Plaintiff") and defendants Michael Hitrinov a/k/a Michael Khitrinov, Empire United Lines, Co., Inc., and Mediterranean Shipping Company USA, Inc. ("Defendants"), by and through their respective attorneys, stipulate and agree that Plaintiff's Complaint against Defendants is dismissed with prejudice, each party to bear his/her/its own costs and attorneys' fees. It is further stipulated that the Court will retain enforcement jurisdiction over the settlement agreement.

*/s/ Ely Goldin, Esq.*
Ely Goldin, Esquire
FOX ROTHSCHILD LLP
Attorney for Plaintiff

Dated: December 5, 2011

*/s/ Jonathan Werner, Esq.*
Jonathan Werner, Esquire
LYONS & FLOOD, LLP
Attorney for Defendants

Dated: December 5, 2011

STIPULATION AND ORDER
DISMISSING ACTION
PAGE TWO OF TWO

### ORDER

AND NOW, this 7th day of DECEMBER, 2011, it is hereby **ORDERED** and **DECREED** that the foregoing **STIPULATION** is hereby approved, that the action is hereby marked dismissed, with prejudice, and that the Court shall retain jurisdiction over the enforcement of any settlement agreement reached by the parties. FAILURE TO CONSUMMATE THE SETTLEMENT WILL NOT RESULT IN THE REOPENING OF THIS MATTER BY THE COURT TO ADDRESS THE MERITS OF THE CASE; RATHER, IF THE SETTLEMENT IS NOT CONSUMMATED, THE COURT WILL ENTERTAIN AN APPLICATION SOLELY TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT.

SO ORDERED. 12/7/11

_____
HON. FAITH S. HOCHBERG, U.S.D.J.